IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | CRIMINAL ACTION |
| | : | NO. 09-602-3 |
| v. | : | |
| | : | |
| REGINALD BROWN, | : | |
| Petitioner. | : | |

**ORDER**

AND NOW, this 31st day of July, 2015, upon consideration of Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, (Dkt No. 832), the Government's Response, (Dtk No. 855), and Petitioner's Reply, (Dkt No. 859), it is hereby ORDERED:

1. The Motion is DISMISSED WITH PREJUDICE in its entirety for the reasons stated in the accompanying Memorandum of Law;

2. A certificate of appealability shall not issue;

3. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. DARNELL JONES, II          J.